IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORTINET, INC.,<br><br>                    Defendant. | Civil Action No. 1:13-cv-1862-RGA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF INNOVATIVE WIRELESS SOLUTIONS UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FORTINET, INC.'S <u>MOTION TO DISMISS</u>**

Plaintiff Innovative Wireless Solutions, LLC ("IWS") files this Unopposed Motion for Extension of Time to Respond to Defendant Fortinet, Inc.'s Motion to Dismiss.  IWS seeks a one week extension of this deadline.  As grounds for this motion, IWS states:

1.  IWS's response is due January 30, 2014.

2.  IWS seeks an extension due to overlapping briefing in its other cases handled by the same counsel.

3.  This Motion is timely made pursuant to Fed. R. Civ. P. 6.

4.  The undersigned certifies that IWS's counsel has conferred with Defendant's counsel and is authorized to represent to the Court that Defendant does not oppose the relief sought in this motion.

1

WHEREFORE, IWS respectfully requests the Court grant it a 7-day extension of time from Thursday, January 30, 2014 to February 6, 2014.

Dated: January 28, 2014             Respectfully submitted,

FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
tdevlin@farneydaniels.com
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone: (302) 300-4626

Jonathan Baker (Admitted *Pro Hac Vice*)
jbaker@farneydaniels.com
Michael Saunders (Admitted *Pro Hac Vice*)
msaunders@farneydaniels.com
Gurtej Singh (Admitted *Pro Hac Vice*)
tsingh@farneydaniels.com
FARNEY DANIELS PC
411 Borel Avenue, Ste. 350
San Mateo, CA 94402
Telephone: (424) 268-5210

Stephanie R. Wood (Admitted *Pro Hac Vice*)
swood@farneydaniels.com
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff
Innovative Wireless Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin